UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024

SECURITIES AND EXCHANGE COMMISSION,

           **Plaintiff,**

- against -

SEAWORLD ENTERTAINMENT AND JAMES ATCHISON,

           **Defendants.**

1:18-CV-08480-CM

ECF CASE

SECURITIES AND EXCHANGE COMMISSION,

           **Plaintiff,**

- against-

FREDERICK D. JACOBS,

           **Defendant.**

1:18-CV-08482-CM

ECF CASE

## ORDER APPROVING DISBURSEMENT OF THE FAIR FUND

The Court, having reviewed the United States Securities and Exchange Commission's Motion to for an Order Approving Disbursement of the Fair Fund, the Memorandum of Law in Support, the Declaration of Luiggy Segura, Vice President of Operations for the Distribution Agent, JND Legal Administration ("Distribution Agent");

AND having reviewed any related filings;

AND the Distribution Agent having provided to the SEC a Payee List and Declaration;

AND having considered all arguments presented and for good cause shown;

IT IS HEREBY ORDERED that:

1.  The Motion is **GRANTED.**

a. The Commission shall transfer $5,047,681.63 from funds held by the Commission established under the case name designation "SEC v. SeaWorld Entertainment Inc." to the Escrow Account maintained by JND Legal Administration at the Huntington National Bank under the name "SEC v. SeaWorld Entertainment Inc."

2. The Distribution Agent shall disburse the funds to the Eligible Claimants identified on the Payee List in accordance with the approved Distribution Plan.

SO ORDERED

DATED: Sept 23, 2024

_____

UNITED STATES DISTRICT JUDGE