**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | |
| Plaintiff, | **1:18-CV-08480** |
| v. | |
| **SEAWORLD ENTERTAINMENT AND JAMES ATCHISON,** | **ECF CASE** |
| Defendants. | |

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | |
| Plaintiff, | **1:18-CV-08482** |
| v. | |
| **FREDERICK D. JACOBS,** | **ECF CASE** |
| Defendant. | |

**DISTRIBUTION AGENT JND LEGAL ADMINISTRATION'S PROGRESS REPORT FOR THE QUARTER ENDED MARCH 31, 2025**

Plaintiff Securities and Exchange Commission hereby files, on behalf of JND Legal Administration, the Distribution Agent for the Fair Fund established in this action, a report regarding the progress of the Fair Fund distribution pursuant to paragraph 98 of the Distribution Plan approved on May 22, 2023, which is attached hereto as Exhibit A.

Dated: April 17, 2025          Respectfully Submitted,

/s/ *Keshia W. Ellis*
Keshia W. Ellis
Trial Counsel
U.S. Securities and Exchange Commission
100 F St., N.E.
Washington, D.C. 20549-5421
Ph: (202) 551-4406
Fax: (301) 623-1188
Email: Elliskw@sec.gov
Michigan Bar #P65146
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2025, on behalf of Plaintiff Securities and Exchange Commission, I filed the Distribution Agent's Status Report for the quarter ended March 31, 2025, electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully Submitted,

/s/ *Keshia W. Ellis*
Keshia W. Ellis
Trial Counsel
U.S. Securities and Exchange Commission
100 F St., N.E.
Washington, D.C. 20549-5421
Ph: (202) 551-4406
Fax: (301) 623-1188
Email: Elliskw@sec.gov
Michigan Bar #P65146
Attorney for Plaintiff

# Exhibit A