UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br><br> Plaintiff, <br><br> - against - <br><br> SEAWORLD ENTERTAINMENT AND JAMES ATCHISON, <br><br> Defendants. | 1:18-CV-08480 <br><br> ECF CASE |
| **SECURITIES AND EXCHANGE COMMISSION,** <br><br> Plaintiff, <br><br> - against- <br><br> FREDERICK D. JACOBS, <br><br> Defendant. | 1:18-CV-08482 <br><br> ECF CASE |

## THE DISTRIBUTION AGENT'S STATUS REPORT FOR THE QUARTER ENDED MARCH 31, 2025

JND Legal Administration ("JND"), the Court-appointed Distribution Agent in the above-captioned matter, respectfully submits this Status Report pursuant to this Court's Order entered December 15, 2020 (the "Order") and the Distribution Plan approved by the Court on May 22, 2023 (the "Plan"). By the Order, this Court appointed JND as the Distribution Agent to oversee the administration and distribution of the Fair Fund in coordination with the Securities and Exchange Commission's ("SEC") counsel of record. Following appointment, JND initiated the notice and claims process detailed in Section VI, paragraphs 39 through 65 of the Plan. The Claims Bar Date was October 19, 2023.

Pursuant to paragraph 98 of the Plan, the Distribution Agent is required to file, with the Court or provide to the SEC's counsel of record to file with the Court, quarterly status reports. This Status Report relates to the administration of the distribution of the Fair Fund during the first quarter of 2025.

### Tasks Performed by the Distribution Agent

Since the last Status Report, JND has performed the following tasks in connection with its role as the Court-appointed Distribution Agent:

- Maintained and monitored the case email inbox, inbound mail, toll-free number, and website dedicated solely to the Fair Fund;

- Monitored check cashing in accordance with the Distribution Plan; and

- In accordance with paragraphs 88 through 90 of the Distribution Plan, reviewed undeliverable checks, performed address searches, processed address updates, reissues requests and name change requests; performed outreach for uncashed checks, and reissued if/when possible.

### Anticipated Next Steps

In the next quarter, JND will:

- Continue to maintain and monitor the case email inbox and inbound mail for the Fair Fund;

- Pursuant to Paragraph 96 of the Distribution Plan, direct any uncashed Distribution Payments to be voided, and return any funds remaining in the Escrow and Distribution Accounts to the SEC to become part of the Residual;

- Coordinate with the Tax Administrator and the SEC staff to pay all Administrative Costs and prepare a Consolidated Funds Accounting Report detailing the disposition of the Fair Fund and the amount of the Residual; and

- File the next Status Report within 20 days of the quarter ending June 30, 2025.

Dated: April 14, 2025

Respectfully submitted,

By: *Luiggy Segura*

Luiggy Segura
JND Legal Administration
Distribution Agent
3333 New Hyde Park Road
New Hyde Park, NY 11042
Phone: 1-800-207-7160

JND Legal Administration
Seaworld Fair Fund
Accounting Report For the Period Ending March 31, 2025

| | |
|---|---|
| Date of Initial Transfer | October 25, 2024 |
| Origin of Transfer | U.S. Treasury's Office of Financial Management ("OFM") |
| Authority For Transfer | Order Approving Disbursement of the Fair Fund (Doc. 24), filed September 23, 2024 |
| Location & Types of Accounts | The Huntington National Bank; Escrow and Deposit Accounts |
| Case Caption | *In the Matter Securities and Exchange Commision vs SeaWorld Entertainment and James Atchison,* 1:18-CV-08480, *Securities and Exchange Commission vs Frederick D. Jacobs,* 1:18-CV-08482 |

| Fund Balance Reconciliation | |
|---|---|
| | **Inception-To-Date** |
| | **Amount** |
| Deposits (Funding from Client 10.25.2024) | $ 5,047,681.63 |
| Interest/Credits Earned | $ 2,595.64 |
| **TOTAL** | $ 5,050,277.27 |

| Distribution Reconciliation | | |
|---|---|---|
| | **Inception-To-Date** | |
| | **Items** | **Amount** |
| Checks Presented for Payment | 487 | $ 919,083.74 |
| Uncashed checks | 12 | $ 750.99 |
| Wired Payments (953 Payees) | 29 | $ 4,116,902.93 |
| MKA Wire Payment (229 Payees) | 1 | $ 10,944.00 |
| Stale Dated Payments | 0 | $ - |
| **TOTAL DISTRIBUTED** [1] | | $ 5,047,681.66 |

| Current Account Balance [2] | |
|---|---|
| ACCOUNT BALANCE | $ 3,346.60 |

[1] - The difference between the funding and the distributable amount $0.03 is due to rounding

[2] - This balance represents funds underlying the uncashed checks and accrued interest.